

**22-2074-MJ-LOUIS**

United States Department of Justice
United States Attorney's Office
Southern District of Florida

---

Hillary Irvin
99 N.E. 4th Street #600
Major Crimes Section
Miami, Florida 33132
(305) 961-9094

January 6, 2022

    Re:    <u>**Wire Fraud Investigation**</u>

Dear Jean Barbier:

    This letter is to inform you that the Amtrak Office of Investigations is conducting an investigation involving allegations of a wire fraud kick-back scheme perpetrated by you. Specifically, according to information supplied to this Office, you knowingly engaged in a scheme submitting inaccurate timecards with the intent to defraud your prior employer. Your alleged conduct implicates serious violations of federal criminal law, including Title 18, United States Code, Section 1343, and, if you are convicted, could result in the imposition of a term of imprisonment, fine, and/or restitution. The United States has completed the initial evaluation of the evidence, and we are now prepared to go forward with criminal charges related to the above-described conduct. If necessary, we intend to present the matter to a grand jury for indictment.

    Although you are not obligated to make any statement to law enforcement, you may wish to supply your version of the events in question to interviewing agents, for the purpose of cooperating in this investigation. You may also wish to seek the assistance of an attorney before making any such statement. If you do wish to make a statement, I suggest that you have your attorney contact me as soon as possible in order to discuss this matter. If you cannot afford an attorney, please call my office. We will arrange a time for you to appear before a Magistrate Judge, who will determine if an attorney can be assigned to you based on financial need.

                                        Sincerely,

                                        <u>/s/Hillary T. Irvin</u>
                                        Hillary T. Irvin
                                        Assistant United States Attorney
                                        99 Northeast 4th Street #600
                                        Miami, Florida 33132-2111
                                        Tel: (305) 961-9094
                                        Cell: (786) 360-9810